**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Thomas WALKER, Defendant–Appellant.**

No. 12–6994.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 25, 2012.

Decided: Oct. 12, 2012.

Michael S. Nachmanoff, Federal Public Defender, Paul G. Gill, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Neil H. MacBride, United States Attorney, Richard D. Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Walker appeals the district court's order denying a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Walker*, No. 3:07–cr00480–REP–1 (E.D.Va. May 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*